1064

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
DALE LARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 79–1–00203–6, Robert J. Bryan, J., entered
April 6, 1980. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrie, J.

PETER E. FREEHILL, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 25505, Tyler C. Moffett, J., entered
March 28, 1980. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Petrich, A.C.J., and Petrie, J.

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
MANUEL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 56523, James P. Healy, J., entered May 12,
1980. *Affirmed* by unpublished opinion per Pearson, J.,
concurred in by Reed, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent,* v. RANDY
BLOOM, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 79–5688, Dale M. Nordquist, J., entered May
22, 1980. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Petrich, A.C.J., and Pearson, J.